KEATS GATIEN LLP
Anthony M. Keats (SBN 123672)
tony@keatsgatien.com
Matthew Graham (SBN 308115)
matt@keatsgatien.com
120 S. El Camino Drive, Suite 207
Beverly Hills, CA 90212
Telephone: 424-302-0692

BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
Robert E. Shapiro
Thomas M. Williams
Maile H. Solís
Murphy Olivia Glass
*Pro Hac Vice Applications Forthcoming*
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone: 312-984-3100

*Attorneys for Defendant*
*Louis Vuitton North America, Inc.*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POCKET SOCKS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>LOUIS VUITTON NORTH AMERICA, INC., a Delaware Corporation<br><br>Defendant. | Case No.: 24-cv-01076-JLS-AHG<br><br>**LOUIS VUITTON NORTH AMERICA, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>*[filed concurrently with Memorandum of Points and Authorities]*<br><br>Hearing Date: December 12, 2024<br>Hearing time: 1:30 PM<br>Courtroom: 4D<br>Judge: Hon. Janis L. Sammartino<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Action Filed: June 20, 202 |

**NOTICE OF MOTION AND MOTION TO DISMISS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Thursday, December 12, 2024 at 1:30 PM, or as soon thereafter as counsel may be heard in Courtroom 4D of the above-captioned court, located at Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA 92101, Defendant Louis Vuitton North America, Inc. ("Louis Vuitton") moves this Court for an order pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) dismissing the Complaint (ECF#1) filed by Plaintiff Pocket Socks, Inc.

Louis Vuitton makes this Motion pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6), on the grounds that Plaintiff does not state any legally cognizable claims.

This Motion is based on this Notice of Motion, Louis Vuitton's Memorandum of Points and Authorities, and on such other and further matters as may be presented to the Court at or prior to the hearing.

DATED: October 8, 2024

KEATS GATIEN LLP

By: /s/Matthew E. Graham
Matthew E. Graham
matt@keatsgatien.com
Anthony M Keats

and

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

Robert E. Shapiro
Thomas M. Williams
Maile H. Solís
Murphy Olivia Glass
*Pro Hac Vice Applications Forthcoming*

**Attorneys for Defendant**
**Louis Vuitton North America**